Concur — Eager, J. P., Capozzoli, McGivern and Tilzer, JJ.

SCHUYLER MERRITT, II, et al., Respondents, v. COMMERCE AND INDUSTRY INSURANCE COMPANY et al., Appellants.—

Concur — Eager, J. P., Capozzoli, Nunez, McNally and Macken, JJ.

In the Matter of EDWARD ROTHBERG et al., Petitioners, v. DEPARTMENT OF STATE, Respondent.—

Concur — Stevens, P. J., Eager, Markewich and Nunez, JJ.

CHARLES W. HORNE, Appellant, v. LAW RESEARCH SERVICE, INC., Defendant-Respondent and Third-Party Plaintiff-Appellant-Respondent. WESTERN UNION TELEGRAPH Co., Third-Party Defendant-Respondent-Appellant.—